```
         FILED    ___ LODGED
___ RECEIVED  ___ COPY

       AUG 0 1 2023

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

GARY M. RESTAINO
United States Attorney
District of Arizona
THOMAS SIMON
Assistant United States Attorney
Arizona State Bar No. 03857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Randy Cutter,<br><br>　　　　　　Defendant. | No. CR-23-1134-PHX-DGC (ESW)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 2250(a)<br>(Failure to Register as a Sex Offender)<br>Count 1 |

**THE GRAND JURY CHARGES:**

Beginning on or about August 21, 2020, and continuing through June 30, 2023, in the District of Arizona, the defendant, RANDY CUTTER, was a person required to register under the Sex Offender Registration and Notification Act. During this time, he was a sex offender by reason of his conviction in Case No. CR-12-00839-PHX-DGC, in the United States District Court for the District of Arizona. RANDY CUTTER, knowing of his requirements to register, failed to register and update his registration, as required by the Sex Offender Registration and Notification Act.

/ / /

/ / /

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: August 1, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/*
THOMAS SIMON
Assistant U.S. Attorney